FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY G. SANDERS, | NO. CV 08-2730-PSG(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

In this action, petitioner, a state prisoner, has filed a motion for extension of time to file a habeas petition. The court has ordered that the motion be denied.

ACCORDINGLY, IT IS HEREBY ADJUDGED that the motion be denied and this action is dismissed without prejudice.

DATE: 5/5/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE